UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA ECHEVERRIA,<br><br>            Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br><br>            Defendant. | Case No.  22-cv-06009-SK<br><br>**ORDER ON MOTION FOR<br>ATTORNEY'S FEES**<br><br>Regarding Docket No. 32 |

Now before the Court is Plaintiff's second motion for attorneys' fees pursuant to 42 U.S.C. § 406(b) in the amount of $27,000.  As the Court previously explained, the factual record here is unclear.  Plaintiff's counsel, Denise Bourgeois Haley ("Counsel") requests $27,000 in attorney's fees.  In support of the first motion for attorney's fees, Counsel stated that Plaintiff was awarded $27,042.75 in past due benefits from the Social Security Administration on remand and that Plaintiff and Counsel had a representation agreement providing that Counsel would be entitled to receive 25 percent of past due benefits awarded to Plaintiff by the Social Security Administration. (Dkt. No. 30 (citing Dkt. Nos. 26, 26-1).)  In the Order denying Counsel's first motion for attorney's fees, the Court noted that, while this may be a mistake, Counsel appeared to request almost 100 percent of the past due benefits awarded to Plaintiff, which would be excessive.  (Dkt. No. 30.)  In addition, the Court explained that it is not clear why Counsel did not withdraw from all representation of Plaintiff, including this case, after Plaintiff requested that Counsel withdraw. (*Id.*)  The Court denied Counsel's motion for attorney's fees without prejudice to Counsel's filing another motion upon clarification of these issues.  (*Id.*)  Strangely, Counsel refiled the same motion without clarifying any of these issues.  (Dkt. No. 32.)  Therefore, the Court, again, DENIES this motion without prejudice.  The Court will provide Counsel with *one more* opportunity to clarify these issues.  By no later than June 16, 2026, Counsel shall file an amended

United States District Court
Northern District of California

motion for attorney's fees.  Counsel is admonished that if she fails to demonstrate how much Plaintiff was actually awarded in past due benefits and that the amount Counsel is requesting is reasonable, the Court will deny the motion for attorney's fees *with prejudice*.  In addition, Counsel needs to explain why she has continued to represent Plaintiff in this action after Plaintiff requested that she withdraw.

Counsel shall provide a copy of this Order to Plaintiff and file a proof of service by no later than June 5, 2026.

**IT IS SO ORDERED**.

Dated: June 2, 2026



SALLIE KIM
United States Magistrate Judge

2